UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 26-61164-CV-DIMITROULEAS

YAROSLAV TIMOFEEV,

     Petitioner,

v.

Warden of Broward Transitional Center; Garret
J Ripa, ICE Field Office Director; Assistant
Field Office Director (AFOD) for the Broward
Transitional Center (BTC); Markwayne Mullin,
in his capacity as Secretary of Homeland
Security; Todd Blanche in his capacity as Acting
Attorney General of the United States,

     Respondents.

_____/

## <u>ORDER SETTING HEARING</u>

**THIS CAUSE** is before the Court on Petitioner YAROSLAV TIMOFEEV

("Petitioner")'s Emergency Petition for Writ of Habeas Corpus Under 28 U.S.C. § 2241 and

Temporary Injunctive Relief [DE 1], filed April 20, 2026, and Petitioner's Emergency Motion

for Temporary Restraining Order and Preliminary Injunction to Prevent Transfer of Petitioner

Outside the Court's Jurisdiction [DE 5] and Emergency Motion for Expedited Briefing and

Immediate Ruling on Petitioner's Emergency TRO and Habeas Petition [DE 6], both filed April

22, 2026. The Court has considered the Petition and the Motions [DE's 1, 5, 6], and Respndents'

Responses and Petitioner's Replies where filed and is otherwise fully advised in the premises.

Accordingly, it is hereby **ORDERED AND ADJUDGED** as follows:

1.     A hearing on Petitioner's Petition and Motions [DE's 1, 5, 6] is hereby set for

    **4:00 P.M. on Friday, May 8, 2026**, in Courtroom 205B at the U.S. Courthouse,

    299 E. Broward Boulevard, Fort Lauderdale, Florida.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida,

this 4th day of May, 2026.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:
Counsel of Record
Email: usafls-immigration@usdoj.gov
Email: usafls-2255@usdoj.gov