UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 26-61164-CV-DIMITROULEAS

YAROSLAV TIMOFEEV,

      Petitioner,

v.

Warden of Broward Transitional Center; Garret
J Ripa, ICE Field Office Director; Assistant
Field Office Director (AFOD) for the Broward
Transitional Center (BTC); Markwayne Mullin,
in his capacity as Secretary of Homeland
Security; Todd Blanche in his capacity as Acting
Attorney General of the United States,

      Respondents.

_____/

## ORDER

**THIS CAUSE** is before the Court on Petitioner Yaroslav Timofeev ("Petitioner")'s Motion to Supplement the Record. [DE 16]. Petitioner moves to supplement the record with additional documents prior to the scheduled hearing on May 8, 2026. Accordingly, it is

**ORDERED AND ADJUDGED** that Petitioner's Motion to Supplement the Record [**DE 16**] and Petitioner's Motion for Ruling on Motion to Supplement the Record [**DE 17**[ are **GRANTED**.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 6th day of May, 2026.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:
Counsel of Record
Email: usafls-immigration@usdoj.gov
Email: usafls-2255@usdoj.gov