UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

YAROSLAV TIMOFEEV,                                          Case No. 0:26-cv-61164-WPD

    Petitioner,

v.

Warden of Broward Transitional Center, et al.,

    Respondents.

_____/

## ORDER GRANTING MOTION TO SUPPLEMENT THE RECORD

**THIS CAUSE** came before the Court upon Petitioner's Opposed Expedited Motion to Supplement the Record with Recently Filed BIA Statement Supplemental Reasons for the Appeal (the "Motion"). [DE 21]. The Court has reviewed the Motion, the record, and is otherwise fully advised in the premises.

Accordingly, it is **ORDERED AND ADJUDGED** that:

1. Petitioner's Opposed Expedited Motion to Supplement the Record [DE 21] is **GRANTED**.

2. The record in this habeas corpus proceeding is hereby supplemented with Exhibit A attached to the Motion [DE 21-1].

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 7thday of May, 2026.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies to:

Counsel of record